11-19-15
FILED
NOV 09 2015 EAA
11-9-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISON

JOHN EVANS
PLAINTIFF,
-vs-
MR. Bilal,

Case No. 15C2473

## MOTION FOR JUDGMENT BY DEFAULT

Plaintiffs move this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court on the (5th day of March 2015), the summons and complaint were duly served on the defendant, (MR. Bilal) on the (25th day of June 2015); No answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the (            ) No proceedings have been taken by the Defendant since the default was entered, Defendant was not in military service and is not an infant or incompetent as appears in the declaration of John Evans submitted herewith wherefore, plaintiff moves that this court make and enter a judgment that [same as prayer for relief in complaint.

(Nov 5, 2015)

B41234
John Evans
P.O. Box 499
Hillsboro IL 62049

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JOHN EVANS, )
Plaintiff, )
)
v. )  Case No. 15 C 2473
)
MR. BILAL, )
Defendant. )

## NOTICE OF FILING

TO: PRISONER CORRESPONDANCE          U.S. STATES ATTORNEY
    CLERK OFFICE                     CLERK OFFICE
    U.S. DISTRICT                    U.S. DISTRICT COURT
    219 So. DEARBORN                 219 So. DEARBORN
    CHICAGO IL 60604                 CHICAGO IL 60604

[Original & 1 Copy]    [___ Copy]    [2 Copy]

PLEASE TAKE NOTICE that on the ____ day of _____, ____, I have filed, thru the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. MOTION FOR JUDGMENT BY DEFAULT
2. MOTION FOR APPOINTMENT OF COUNSEL
3. 
4. 
5. 
6. 

## AFFIDAVIT OF SERVICE

State of Illinois )
                  ) ss.
County of Montgomery )

I, JOHN EVANS, being first duly sworn, certify that I have served the above listed documents on the parties as above indicated by placing the originals and true copies of said documents in sealed envelope(s) addressed as shown above, and by depositing said envelope(s) in the box designated for U.S. Mail at Graham Correctional Center, Hillsboro, Illinois 62049, together with the appropriate request to the prison official responsible to affix fully prepaid First Class Postage thereon, on this 5 day of November, 2015.

Subscribed and sworn to before me this 5 day of November, 2015.

/s/ John Evans
AFFIANT
Box 499, Register No. B41234
Graham Correctional Center
Hillsboro, IL 62049

NOTARY PUBLIC
State of Illinois
County of Montgomery

OFFICIAL SEAL
CHRIS CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/08/19

FILED
NOV 09 2015
11-9-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT